# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSE DATIL COLOM,**

      **Plaintiff,**

**v.**                                    Case No:   **6:15-cv-481-Orl-22TBS**

**KEVIN WALSH, BUDDY DYER, GINA BERNARD and CITY OF ORLANDO CERTIFICATION BOARD,**

      **Defendants.**

## ORDER

This cause is before the Court on Motion for Leave to Proceed *in forma pauperis* (Doc. No. 2) filed on March 25, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 25, 2015 (Doc. No. 3), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion for Leave to Proceed *in forma pauperis* is hereby DENIED without prejudice.

3. No later than May 8, 2015 Plaintiff shall file an Amended Complaint, and either pay the filing fee or file a new motion for leave to proceed *in forma pauperis* with a completed affidavit of indigency.

4. Failure to comply with this Order shall result in this case being dismissed for lack of prosecution, without further notice.

**DONE** and **ORDERED** in Orlando, Florida on April 16, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties